UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY JONES,

      Plaintiff,                              Case No. 25-cv-11709
                                              Hon. Matthew F. Leitman

v.

CITY OF MADISON HEIGHTS, *et al.*,

      Defendants.
_____/

### ORDER REQUIRING PLAINTIFF TO COMPLETE AND SUBMIT SERVICE DOCUMENTS

      On June 9, 2025, *pro se* Plaintiff Gregory Jones filed this action. (*See* Compl., ECF No. 1.) Jones also filed an application to proceed *in forma pauperis*, which the Court granted on June 18, 2025. (*See* Order, ECF No. 6.) That same day, the Court directed Jones to complete and present to the Clerk's Office certain documents so that the United States Marshals Service could serve the Defendants with the Complaint. (*See* Order, ECF No. 7.) The order required Jones to present "One (1) copy of the complaint for each defendant; Two (2) USM 285 forms for each defendant; [and] Three (3) summonses for each defendant" within fourteen days of the order. (*Id.*, PageID.20.)

      Jones has not provided any of the identified service documents to the Clerk's Office. Nor has he contacted the Court to ask for additional time to provide the

1

documents. Without completed service documents, the United States Marshals Service cannot serve the Defendants with the Complaint. Accordingly, the Court hereby **ORDERS** Jones to complete and submit the required service documents to the Clerk's Office by no later than **July 28, 2025**. If Jones does not submit the required service documents by that date, or otherwise provide proof that he has served the Defendants with the Complaint, the Court will dismiss this action for failure to prosecute.

    **IT IS SO ORDERED**.

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: July 14, 2025

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 14, 2025, by electronic means and/or ordinary mail.

    s/Holly A. Ryan
    Case Manager
    (313) 234-5126