UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY JONES,

      Plaintiff,

v.

CITY OF MADISON HEIGHTS, *et al.*,

      Defendants.

Case No. 25-cv-11709
Hon. Matthew F. Leitman

_____/

## ORDER EXTENDING TIME FOR PLAINTIFF TO COMPLETE AND SUBMIT SERVICE DOCUMENTS

On June 9, 2025, *pro se* Plaintiff Gregory Jones filed this action. (*See* Compl., ECF No. 1.) Jones also filed an application to proceed *in forma pauperis*, which the Court granted on June 18, 2025. (*See* Order, ECF No. 6.)

On July 14, 2025, the Court ordered Jones, by no later than July 28, 2025, to complete and present to the Clerk's Office certain documents so that the United States Marshals Service could serve the Defendants with the Complaint. (*See* Order, ECF No. 8.) On July 28, 2025, Jones contacted the Court asking for additional time to complete the service documents. The Court concludes that a modest extension of time is appropriate. Accordingly, Jones shall complete and submit the following documents to the Court's Clerk's Office by no later than **August 11, 2025**: One (1)

copy of the complaint for each Defendant; Two (2) USM 285 forms for each Defendant; and Three (3) summonses for each Defendant.

There will be no further extensions of this date. If Jones does not submit the required service documents by **August 11, 2025**, or otherwise provide proof that he has served the Defendants with the Complaint by that date, the Court will dismiss this action for failure to prosecute.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 30, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 30, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126