UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY JONES,

      Plaintiff,

v.

CITY OF MADISON HEIGHTS, *et al.*,

      Defendants.

Case No. 25-cv-11709
Hon. Matthew F. Leitman

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF (ECF No. 12) WITHOUT PREJUDICE

On August 8, 2025, Plaintiff Gregory Jones filed what he titled an "Emergency Motion for Injunctive Relief and Notice of Cross-Case Collusion, Retaliation, and Psychological Harm." (Mot., ECF No. 12.) The Court has carefully reviewed the motion and concludes that Jones has not shown a sufficient basis for relief. Accordingly, the Court **DENIES** the motion **WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: August 11, 2025

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 11, 2025, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan  
                                      Case Manager  
                                      (313) 234-5126