UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY JONES,

        Plaintiff,

v.

CITY OF MADISON HEIGHTS, *et al.*,

        Defendants.

Case No. 25-cv-11709
Hon. Matthew F. Leitman

_____/

### ORDER (1) ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF No. 21); (2) DISMISSING ACTION FOR FAILURE TO PROSECUTE, AND (3) TERMINATING DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE AS MOOT (ECF No. 17)

In this action, Plaintiff Gregory Jones alleges that the City of Madison Heights, and several of its current and former employees, violated his rights under the Americans with Disabilities Act and violated his constitutional rights in connection with his arrest and state-court prosecution. (*See* Compl., ECF No. 1; Am. Compl., ECF No. 7.)  Jones has also brought several state-law claims against the Defendants. (*See id.*)  In all, Jones seeks $525 million in damages. (*See* ECF No. 7, PageID.23.)

On September 15, 2025, the Defendants filed a motion to dismiss. (*See* Mot., ECF No. 17.)  That same day, the assigned Magistrate Judge issued an order in which he directed Jones to file a response to that motion by no later than October 9, 2025.

1

(*See* Order, ECF No. 18.)  Jones did not file any response by that deadline. Accordingly, on October 22, 2025, the Magistrate Judge ordered Jones to show cause why the Magistrate Judge should not issue a recommendation to grant Defendants' motion to dismiss (the "Show Cause Order"). (*See* Show Cause Order, ECF No. 20.)  The Magistrate Judge then warned Jones, in bold and underlined text, that the **"[f]ailure to timely and adequately respond in writing to this Order to Show Cause, or to timely file a response to Defendants' motion, may result in a recommendation that Defendants' motion be granted and/or that Jones's claims be dismissed under Fed. R. Civ. P. 41(b)."** (*Id.*, PageID.210; emphasis in original.)

Jones did not file any response to the Show Cause Order.  Nor has he contacted the Court to ask for additional time to respond.  Based on Jones' failure to respond to both Defendants' motion to dismiss and the Show Cause Order, on November 26, 2025, the Magistrate Judge issued a report and recommendation in which he recommended that (1) the Court dismiss Jones' Complaint and Amended Complaint for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and (2) terminate Defendants' pending motion to dismiss as moot (the "R&R").  (*See* R&R, ECF No. 214.)  At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wanted to file objections to his recommendations, they needed to file written objections with the Court within 14 days. (*See id.*, PageID.216.)

Jones has not filed any objections to the R&R.  The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). *See also Ivey v. Wilson*, 832 F.2d 950, (6th Cir. 1987) (explaining that where party fails to file "timely objections" to report and recommendation, court may accept that recommendation "without expressing any view on the merits of the magistrate's conclusions").  In addition, the failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).  Nonetheless, the Court has reviewed the R&R and agrees with the Magistrate Judge's conclusions and recommendation to dismiss Jones' Complaint and Amended Complaint based on his repeated failures to comply with Court orders and the failure to prosecute his claims.

Thus, based on Jones' failure to file objections to the R&R, and Jones' failure to respond to the Show Cause Order, the Court will **ADOPT** the recommended disposition of the R&R and **DISMISS** Jones' Complaint and Amended Complaint. The Court further **TERMINATES** Defendants' motion to dismiss (ECF No. 17) **WITHOUT PREJUDICE AS MOOT.**

      **IT IS SO ORDERED**.

s/Matthew F. Leitman

MATTHEW F. LEITMAN

Dated:  March 26, 2026           UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 26, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126