UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY JONES,

       Plaintiff,                          Case No. 25-cv-11709
                                            Hon. Matthew F. Leitman

v.

CITY OF MADISON HEIGHTS, *et al.*,

       Defendants.

_____/

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint and Amended Complaint are **DISMISSED**.

                                      KINIKIA ESSIX
                                      CLERK OF COURT

                        By:    s/Holly A. Ryan_____
                                   Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 26, 2026
Detroit, Michigan

1